UNITED STATES of America,
Plaintiff–Appellee,

v.

Richard Lee BRADLEY, a.k.a. Pepper,
Defendant–Appellant.

No. 09–12766
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2009.

Richard Lee Bradley, Pollock, LA, pro se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Richard Lee Bradley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Bradley's conviction and sentence are AFFIRMED.